# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Mimi Ould Baba | ) Case No. 20-MJ-56 |
| also known as, "Oumar Yanya," | ) |
| | ) |
| | ) |
| | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mimi Ould Baba, also known as "Oumar Yanya",

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Murder of a United States National, in violation of Title 18, United States Code, Sections 2332(a)(1); Brandishing and Discharging a Firearm During a Crime of Violence, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii) and 924(c)(1)(B)(ii); Causing the Death of Michael J. Riddering Through the Use of a Firearm, in violation of Title 18, United States Code, Section 924(j); Conspiracy to Provide and Provision and Attempted Provision of Material Support to a Designated Foreign Terrorist Organization, in violation of Title 18, United States Code, Sections 2339B(a)(1); and Use of Explosives, in violation of Title 18, United States Code, Sections 844(h)(1) and (h)(2).

Date: 10/09/2020

*Vera M. Scanlon*
*Issuing officer's signature*

City and state: Brooklyn, New York

The Honorable Vera M. Scanlon
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:     Weight:

Sex:     Race:

Hair:     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

[Print]    [Save As...]    [Reset]